Case 4:17-cv-00994-A   Document 14   Filed 03/23/18   Page 1 of 2   PageID 66



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STANDARD INSURANCE COMPANY, | § | |
| Plaintiff, | § § § | |
| v. | § § | C.A. NO. 4:17-cv-994-A |
| PHILLIP A. BOWLAND, | § § § | |
| Plaintiff. | § | |

## RETURN OF SERVICE

Before me, the undersigned authority, personally appeared Douglas Wayne Patterson, who, after having been duly sworn by me, upon his/her oath deposed and said as follows:

"I hereby certify that: On January 15, 2018, I received for service the summons issued in the above-captioned action directed to **Phillip A. Bowland** and a copy of the **Complaint, Certificate of Interested Persons, Consent to Proceed before a United States Magistrate Judge, and Standing Order** in such action, which was attached to the original of such summons. I executed such summons at 4:13 o'clock p.m. on January 20, 2018, by delivering the original thereof, with the copy of the Complaint, Certificate of Interested Persons, Consent to Proceed before a United States Magistrate Judge, and Standing Order attached thereto, to Phillip A. Bowland, defendant, personally, at **411 Cross Cut Drive, Arlington, Texas 76108**, having first endorsed on the original of the summons the date of delivery.

A copy of the summons I delivered is attached to this Return of Service.

"I further certify that I am over the age of eighteen, and that I am not a party to the above captioned action."

Douglas Wayne Patterson
PSC 9027, Exp. 8/31/20
CPS Companies
PO Box 743875
Dallas, Texas 75374-3875

Service Fee: $_____

SUBSCRIBED AND SWORN to before me, the undersigned authority, on this 14 day of March, 2018.

Notary Public in and for the
State of Texas
My Commission Expires: 1-30, 2022

GLENDA J BEAVER
Notary ID #128164485
My Commission Expires
January 30, 2022

Case 4:17-cv-00994-A   Document 14   Filed 03/23/18   Page 2 of 2   PageID 67
Case 4:17-cv-00994-A   Document 6   Filed 12/14/17   Page 1 of 2   PageID 18
Case 4:17-cv-00994-A   Document 2   Filed 12/14/17   Page 1 of 2   PageID 9

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas ▼

| | |
|---|---|
| STANDARD INSURANCE COMPANY,<br><br>*Plaintiff*<br>v.<br>PHILLIP A. BOWLAND<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 4:17-cv-994<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Phillip A. Bowland
411 Cross Court Drive
Arlington, TX 76018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan K. McComber
Cameron E. Jean
Figari + Davenport, LLP
901 Main Street, Suite 3400
Dallas, TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/14/2017

*Signature of Clerk or Deputy Clerk*