U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 29 2018

CLERK, U.S. DISTRICT COURT
By _____
　　　　　　　Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| STANDARD INSURANCE COMPANY, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:17-CV-994-A |
| § | |
| PHILLIP A. BOWLAND, § | |
| § | |
| Defendant. § | |

## ORDER

On March 28, 2018, plaintiff, Standard Insurance Company, filed a request for clerk's entry of default against defendant, Phillip A. Bowland. The court has determined that such request should be granted.

Therefore,

The court ORDERS that plaintiff's request for entry of default against defendant be, and is hereby, granted, and the Clerk is hereby directed to enter default against defendant.

SIGNED March 29, 2018.

_____
JOHN McBRYDE
United States District Judge