IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STANDARD INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS | § | NO. 4:17-CV-994-A |
| | § | |
| PHILLIP A. BOWLAND, | § | |
| | § | |
| Defendant. | § | |

### ENTRY OF DEFAULT

Plaintiff, Standard Insurance Company, has requested that the Clerk of the Court enter default against defendant, Phillip A. Bowland, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead, or otherwise defend. The default of defendant is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 29th day of March, 2018.

Karen S. Mitchell, Clerk
U.S. District Court
Northern District of Texas

By: Fleather Arnold, Deputy Clerk