U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 29 2018

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STANDARD INSURANCE COMPANY, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § | C.A. No. 4:17-cv-00994-A |
| PHILLIP A. BOWLAND, | | |
| Defendant. | | |

## DEFAULT JUDGMENT

Pending before the Court is Plaintiff Standard Insurance Company's ("Standard") Motion for Default Judgment (the "Motion") against Defendant Phillip A. Bowland ("Defendant"). Having considered the Motion, the pleadings on file, and the applicable law, and otherwise being fully informed, the Court finds that Standard has made an appearance in this action ~~and has announced ready for trial~~ and that Defendant, although having been duly and legally summoned to appear and answer, failed to appear, answer, plead, or otherwise defend and has defaulted. The Court further finds that the Summons was properly served on Defendant pursuant to law, and that the return of service was filed with the Clerk in the time required by law. The Court has read the pleadings and the papers on file, and it is of the opinion that Standard's allegations against Defendant in the Original Complaint (Dkt. 1) have been admitted. It is therefore

ORDERED, ADJUDGED, and DECREED that the Motion is hereby GRANTED. It is further

ORDERED, ADJUDGED, and DECREED that a DEFAULT JUDGMENT is hereby entered in Standard's favor against Defendant. It is further

ORDERED, ADJUDGED, and DECREED that Defendant's long-term disability ("LTD") insurance coverage under group LTD insurance policy no. 649087-C (the "Group Policy"), fully insured by Standard, is hereby declared null, void, terminated, and rescinded *ab initio* as if never effective. It is further

ORDERED, ADJUDGED, and DECREED that as a result of the rescission of Defendant's coverage under the Group Policy, any claims that have been submitted in the past, or may be submitted in the future, by Defendant under the Group Policy are not eligible for payment. It is further

ORDERED, ADJUDGED, and DECREED that Standard has refunded, in full, the premiums Defendant paid in connection with the Group Policy. It is further

ORDERED, ADJUDGED, and DECREED that no right of recovery for Defendant exists or has ever existed under the Group Policy, whether at law or in equity. It is further

ORDERED, ADJUDGED, and DECCREED that Standard is awarded its reasonable and necessary attorneys' fees in the amount of $6,000.00. It is further

ORDERED, ADJUDGED, and DECREED that any and all claims, demands, debts, or causes of action that Defendant could have asserted against Standard herein are DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

SO ORDERED.

SIGNED this 29 day of March, 2018.

UNITED STATES DISTRICT JUDGE